## FLOWERS v. STATE.

(Court of Criminal Appeals of Texas. June 19, 1912.)

CRIMINAL LAW (§ 1144*)—APPEAL—REVIEW—PRESUMPTIONS.

On a criminal appeal, the trial court will be presumed to have correctly presented the law to the jury, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Slay, Judge.

Jim Flowers was convicted of an offense, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. There is neither a statement of facts accompanying the record, nor any bills of exceptions in the record. The court submitted the offense charged in the indictment, and in the absence of a statement of facts we must presume the court correctly presented the law.

The judgment is affirmed.

DAVIDSON, P. J., not sitting.